# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME : No. 525
       COURT OF PENNSYLVANIA : Judicial Administration Docket
       FOR THE YEAR 2021 :

## AMENDED ORDER

**PER CURIAM:**

    **AND NOW**, this this 3rd day of May, 2021, it is hereby ordered that the order at No. 525 Judicial Administration Docket, dated December 11, 2019, listing the argument/administrative sessions of the Supreme Court of Pennsylvania for the year 2021 is amended as follows:

| | |
|---|---|
| Harrisburg | September 20th through September 24th |
| Pittsburgh | October 25th through October 29th |
| Philadelphia | December 6th through December 9th |